# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

McAllen Division

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| **Karla Yesenia GARCIA-Silverio** <br> YOB: 1983 <br> COC: Mexico | Case Number: M-18-0956-M |
| *Name and Address of Defendant* | |

United States District Court
Southern District of Texas
FILED
MAY 07 2018
Clerk of Court

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about **May 6, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)**
I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

**Refer to Attachment A**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Sworn to before me and subscribed in my presence, 5/7/18

**Approved By: J. Sturgis**

Signature of Complainant
**Juan R. Ciénega**
Printed Name of Complainant

**May 7, 2018** at **McAllen, Texas**
Date                                             City and State

**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer

## Attachment A

The defendant, a Mexican citizen and driver of the vehicle, attempted to bring illegally into the United States through the Hidalgo Port of Entry an undocumented minor J.J.R.S. (male, 16 years old), a Mexican citizen, as a United States citizen. At primary, the defendant presented an Order of Supervision for herself and five Texas birth certificates for the occupants in the vehicle. All the passengers were referred into secondary due to the defendant requesting medical assistance for her son, who she claimed was suffering from a seizure, and her not having any legal documentation to enter the United States.

In vehicle secondary, during inspection of all the occupants, the defendant claimed all the passengers as her children. Upon the older male not being able to answer routine questions, the defendant was asked who he was, to which she referred to him by her son's name (the name on the birth certificate presented). Shortly thereafter, EMS personnel departed the Hidalgo Port of Entry with the defendant's minor son and daughter to the Rio Grande Regional Hospital.

In passport secondary, further inspection revealed the birth certificate presented for J.J.R.S., actually belonged to the defendant's son (J.E.M, POB Weslaco, Texas). Inspection of J.J.R.S. revealed the birth certificate had been provided by the defendant. He also went on to state, both the defendant and her daughter, had coached him on what to say upon being inspected by CBP officers.

Database queries on both, the defendant and the minor, revealed no legal status to enter the United States.

The defendant's spouse was contacted and arrived at the Hidalgo Port of Entry and took custody of the defendant's other two children. Contact was established with the undocumented minor's mother and she was appraised of the situation. The minor was returned to Mexico, in the company of his mother, through the Hidalgo Port of Entry.